1  FRANK MICHAEL CRUZ
   Chief U.S. Probation Officer
2  JOHN W. SAN NICOLAS II
   U.S. Probation Officer
3  U.S. District Court of Guam
   2nd Floor, U.S. Courthouse
4  520 West Soledad Avenue
   Hagatna, Guam 96910
5  Telephone: (671) 473-9201
   Fax: (671) 473-9202

**FILED**
DISTRICT COURT OF GUAM
OCT 1 1 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>CHANG SIK CHOE,<br>Defendant. | CRIMINAL CASE NO. 98-00195-001<br><br>**REQUEST TO VACATE<br>WARRANT FOR ARREST** |

On May 5, 2000, Chang Sik Choe was sentenced in the District Court of Guam to a five year term of probation with various conditions for Trafficking in Counterfeit Merchandise, in violation of 18 U.S.C. §2320 and Offering a Bribe to an Agent of an Organization Receiving Federal Funds, in violation of 18 U.S.C. §666(a)(2). On September 16, 2002, the Court modified conditions of probation to include 150 hours of community service as a sanction for noncompliance. Mr. Choe's term of probation commenced on May 5, 2000.

On June 20, 2003, the District Court issued a warrant for Mr. Choe's arrest pursuant to a petition filed by U.S. Probation Officer Stephen P. Guilliot for violation of probation conditions, to include that he left the judicial district without permission.



Request to Vacate Warrant for Arrest
Re: CHOE, Chang Sik
USDC Cr. Cs. No. 98-00195-001
October 10, 2006

This Officer is requesting that the warrant of arrest for Chang Sik Choe be vacated. The warrant, issued on June 20, 2003, was not supported by an oath or affirmation as required by the Fourth Amendment and as affirmed in the 9th Circuit decision in U.S. v. Vargas-Amaya. Mr. Choe's probation term expired on May 4, 2005.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed By:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon V. Johnson, AUSA
    Curtis Vandeveld, Defense Attorney
    File