FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
JOHN W. SAN NICOLAS II
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

FILED
DISTRICT COURT OF GUAM
OCT 1 2 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>CHANG SIK CHOE<br>Defendant. | CRIMINAL CASE NO. 98-00195-001<br><br>**ORDER**<br><br>**RE: REQUEST TO VACATE WARRANT FOR ARREST** |

Based on the United States Probation Office's Request to Vacate Warrant for Arrest for the reasons that it was not supported by an oath or affirmation as required by the Fourth Amendment and as affirmed in the 9th Circuit decision in U.S. v. Vargas-Amaya, and Mr. Choe's probation term expired on May 4, 2005, the Court hereby GRANTS the request to vacate the Warrant of Arrest issued on June 20, 2003.

SO ORDERED this 12 day of October 2006.

JOHN C. COUGHENOUR
Designated Judge
District of Guam